IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK ALLEN HNATKOVICH, :
        Petitioner, :
     v. : Case No. 3:01-cv-249-KRG-KAP
PHILIP JOHNSON, WARDEN, :
S.C.I. PITTSBURGH, :
        Respondent :

## Memorandum Order

Petitioner's Motion for Relief from Judgment/Order Under Rule 60(b)(6), docket no. 11, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on April 15, 2015, docket no. 12, recommending that the motion be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Petitioner filed timely objections, docket no. 13, that I have reviewed and reject.

After de novo review of the record, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this **13th** day of May, 2015, it is

ORDERED that the petitioner's Motion for Relief from Judgement/Order Under Rule 60(b)(6) is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Mark A. Hnatkovich CL-5129/DA-1023
S.C.I. Fayette
50 Overlook Drive
Labelle, PA 15450